**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| SEARCH OF: | ) | **ORDER** |
| 448 East Broadway, Apt. 6 | ) | |
| Dickinson, North Dakota | ) | Case No. 1:08-mj-015 |

The court hereby **GRANTS** the Government's oral Motion to Seal all materials associated with the issuance of the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, the Government's Motion to Seal, and this order.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2008.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Juge