**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| SEARCH OF: | ) | **ORDER** |
| | ) | |
| 448 East Broadway, Apt. 6 | ) | |
| Dickinson, North Dakota | ) | Case No. 1:08-mj-015 |

On October 8, 2008, the United States filed an Application for Extension of Time to Search Seized Electronic Device(s) and Storage Media. Therein it stated that ICDE and NDBCI computer forensic agents were unable to fully complete analysis of the seized electronic devices and media and only recently contacted the United State about their need for more time to complete their analysis. The court **GRANTS** the United States' application, finding its request for additional time was supported by good cause. Accordingly, the United States shall have an additional thirty (30) days from the date of its application to compete its search and analysis.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge